# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00285-CV

**Volkswagen Group of America, Inc.; and Audi of America, Inc., Appellants**

**v.**

**John Walker III, in his Official Capacity as Chairman of the Texas Department of Motor Vehicles Board, and the Honorable Michael J. O'Malley and the Honorable Penny A. Wilkov, in their Official Capacities as Administrative Law Judges for the State Office of Administrative Hearings, Appellees**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT NO. D-1-GN-15-001186, HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING**

## O R D E R

**PER CURIAM**

Appellants Volkswagen Group of America, Inc. and Audi of America, Inc.'s verified motion for temporary relief is denied.

It is ordered on July 8, 2015.

Before Chief Justice Rose, Justices Pemberton and Field